No. 792. NORTH CAROLINA MINING COMPANY, PETITIONER, v. G. R. WESTFELDT ET AL. April 19, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James H. Merrimon, Mr. Charles A. Moore, Mr. Joseph J. Hooker* and *Mr. Thomas S. Rollins* for petitioner. *Mr. Alfred S. Barnard* for respondents

No. 798. LA COMPAGNIE GENERALE TRANSATLANTIQUE, PETITIONER, v. PATRICK MAGUIRE. April 19, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph P. Nolan* for petitioner. No appearance for respondent.

No. 796. THE UNITED STATES, PETITIONER, v. BERNARD CITROEN. April 19, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. W. Wickham Smith* and *Mr. John K. Maxwell* for respondent.

No. 785. ISIDORE MEYERSON, PETITIONER, v. HARRY HART ET AL., ETC. April 26, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George Ryall* for petitioner. *Mr. Benjamin N. Cardozo* for respondents.

No. 804. THE METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, PETITIONER, v. CENTRAL TRUST COMPANY OF NEW YORK ET AL. April 26, 1909. Petition for a writ of cer-